IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIO JOSE TURCIOS,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br><br>   Defendant.<br>_____/ | No. C 07-04668 CRB<br><br>**JUDGMENT** |

   The Court having granted Plaintiff's motion for summary judgment and having denied Defendant's cross-motion for summary judgment, judgment is entered in favor of Plaintiff Silvio Turcios.

   **IT IS SO ORDERED.**


Dated: April 4, 2008                              CHARLES  R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4668\Judgment.wpd