1   JOSEPH P. RUSSONIELLO, SBN CA 44332
    United States Attorney
2   LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
3   Social Security Administration
    GERALYN A. GULSETH, SBN CA 160872
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8923
        Facsimile:  (415) 744-0134
7
    Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  SILVIO JOSE TURCIOS,              )
                                      )     CIVIL NO. C-07-4668-CRB
13          Plaintiff,                )
                                      )     STIPULATION AND [PROPOSED] ORDER
14          v.                        )     AWARDING ATTORNEY FEES UNDER
                                      )     THE EQUAL ACCESS TO JUSTICE ACT
15  MICHAEL J. ASTRUE,                )     (28 U.S.C. § 2412(d))
    Commissioner of                   )
16  Social Security,                  )
                                      )
17          Defendant.                )
                                      )
18  _____)

19
            IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the
20
    approval of the Court, that counsel for Plaintiff, as Plaintiff's assignee, be awarded attorney fees under
21
    the Equal Access to Justice Act in the amount of FOUR THOUSAND AND FIVE HUNDRED
22
    DOLLARS ($4,500) and costs in the amount of FOUR HUNDRED AND SEVENTY-NINE DOLLARS
23
    AND FIFTY-ONE CENTS ($479.51).  This amount represents compensation for all legal services
24
    rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed
25
    before the district court in accordance with 28 U.S.C. § 2412(d).
26
            This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees
27
    and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of
28
    FOUR THOUSAND AND FIVE HUNDRED DOLLARS ($4,500) in fees and FOUR HUNDRED AND

1  SEVENTY NINE DOLLARS AND FIFTY-ONE CENTS ($479.51) in costs under EAJA shall

2  constitute a complete release from and bar to any and all claims, rights, causes of action, liens or

3  subrogated interests relating to attorneys fees and costs incurred in this action under EAJA.  Any

4  payment shall be made payable to Plaintiff's counsel Barbara M. Rizzo as Plaintiff's assignee and

5  delivered to Plaintiff's counsel.

6        The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel

7  from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset

8  provisions of the law.

9

10                                    Respectfully submitted,

11  Dated: May _21_, 2008_            _____/s/ barbara m. rizzo_____

12                                    *(As authorized via facsimile on May 21, 2008)*
                                     BARBARA M. RIZZO

13                                    Attorney for Plaintiff

14

15  Dated: May _21_, 2008            JOSEPH P. RUSSONIELLO_
                                     United States Attorney
16                                    LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
17                                    Social Security Administration

18                                    _____/s/ geralyn a. gulseth_____

19                                    GERALYN A. GULSETH
                                     Special Assistant United States Attorney
20
                                     Attorneys for Defendant
21

22  IT IS SO ORDERED:

23

24  Dated: __May 27, 2008_____

25                                    CHARLES R. BREYER
                                     United States District Judge
26

27

28

